UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ, | No.  2:14-cv-335-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. GUIRBINO, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff alleges that he has been confined to the Security Housing Unit ("SHU") at Corcoran State Prison for over thirteen years.  ECF No. 1 ¶ 31.  He claims that his confinement in the SHU amounts to cruel and unusual punishment in violation of the Eighth Amendment, and infringes upon his right to practice his religion.  *Id.* ¶¶ 31-33, 79-89, 69-78.  He also claims he has been retained in the SHU without due process.  *Id.* ¶¶ 31-33.  He names approximately 22 individuals as defendants.  *Id.* ¶¶ 8-30.

Plaintiff refers to his September 12, 2013 appearance in Sacramento before the Departmental Review Board ("DRB"), which apparently elected to retain him in the SHU.  *See id.* ¶¶ 59-68.  Plaintiff claims that during these proceedings, the DRB defendants violated his

1

1  First, Fifth, and Fourteenth Amendment rights.  *Id.* ¶ 62.  The bulk of plaintiff's complaint,
2  however, concerns his conditions of confinement in the Corcoran SHU, which is in Kings
3  County, California.  In addition, most of the defendants appear to be located in Kings County.
4  　　　Kings County is in the Fresno Division of the United States District Court for the Eastern
5  District of California.  For the convenience of the parties and witnesses and in the interest of
6  justice, this action will be transferred to the Fresno Division.  Where a civil action has not been
7  commenced in the proper division of a court, the court may, on its own motion, transfer the action
8  to the proper division.  E.D. Cal. Local Rule 120(f); *see also* 28 U.S.C. § 1404(a).
9  　　　Accordingly, it is hereby ordered that:
10  　　　1.  This action is transferred to the Fresno Division.
11  　　　2.  The Clerk of Court shall assign a new case number.
12  　　　3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: February 6, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2