# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. GIURBINO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-00173-SKO (PC)<br><br>ORDER STRIKING LETTER TO CLERK'S OFFICE<br><br>(Doc. 16) |

On May 14, 2015, the Clerk's Office received a letter from the plaintiff regarding his separately-filed notice of change of address. The letter, which was either a cover letter or merely informational, was filed in this case in error and is HEREBY ORDERED STRICKEN from the record. As long as Plaintiff keeps the Court apprised of his current address, which he has, he will be served with all filings.

IT IS SO ORDERED.

　Dated:　**May 15, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE