# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT GALINDO GONZALEZ,<br><br>         Plaintiff,<br><br>     v.<br><br>GUIRBINO, et al.,<br><br>         Defendants.<br>_____/ | Case No. 1:14-cv-00173-AWI-SKO (PC)<br><br>ORDER DISMISSING ACTION PER AGREEMENT OF PARTIES UNDER FEDERAL RULE OF CIVIL PROCEDURE 41 AND ORDER DENYING MOTION TO DISMISS A ND MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Doc. Nos. 23, 33, 39, 43) |

Plaintiff, Everett Galindo Gonzalez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 3, 2014.  On October 6, 2016, Plaintiff filed a motion seeking to voluntarily dismiss this action without prejudice.  (Doc. 36.)  The Court construed Plaintiff's notice as an attempt to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41 ("Rule 41") and ordered Defendants to file a response.  (Doc. 37.)  Defendants responded that they stipulate to dismissal of this action without prejudice and agree to waive any costs to which they might be entitled as a result of the dismissal.  (Doc. 39.)  Plaintiff thereafter filed his stipulation to dismissal of the action under those terms.  (Doc. 43.)

Rule 41(a)(1), in relevant part, reads:

(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who

have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Eitel v. McCool, 782 F.2 1470, 1472-73 (9th Cir. 1986).

Here, the Plaintiff and the Defendants who have either filed an answer or summary judgment motion have stipulated to the dismissal of this entire case. See Doc. No. 35, 39, 43.  In light of the stipulation to dismiss without prejudice, this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A); Yesh Music, 727 F.3d at 362; Commercial Space, 193 F.3d at 1077; Eitel, 782 F.2d at 1472-73.

ORDER

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties' Rule 41(a)(1)(A) stipulated dismissal without prejudice;

2. Defendants' motion for summary judgment (Doc. No. 33) is DENIED as moot; and

3. Defendants' motion to dismiss (Doc. No. 23) is DENIED as moot.

IT IS SO ORDERED.

Dated:   November 14, 2016                    _____
                                              SENIOR  DISTRICT  JUDGE